May 15, 2014

Dear, Judge Karen Schreiber,

This letter comes to you for a plea of leniency regarding Jared Adrian.

My Mother and I sit here writing to you believing in "paying it forward". Jared and his family have demonstrated a positive impact on us with acts of kindness on more than one occasion. Please let us explain.

Our new home needed sodding. My mother, a widow with three children, was unaware the quote she received did not include ground preparation. Adrian Sod arrived to the weeds waist high! Distraught with tears in her eyes and thoughts the sod work would now not be done. There was a hand placed upon her shoulder giving her reassurance all would be worked out and taken

care of! Services were provided, profound respect and support were performed without additional fees.

Oddly enough when I was learning to drive my mom took me out on a random gravel road to practice. We ran out of gas. Our rescuers were once again this family.

When my family opened a new business in Sioux Falls. Unsolicited support was received from them again.

We want to express how impacted we have been by the Adrian family. We believe in gestures of kindness and compassion. We are compelled to pay it forward with our plea to best serve his children and entire family.

Sincerely

Amy Beach
Pamela Stewart

To Whom It May Concern:

I am writing this letter out of concern for Jared Adrian and his family.  I have known Jared for about 10 years.  Since the day I met him, I knew he was a great man.  My sister is his wife, Mandee, and she came into their relationship with a 5 year old daughter.  It is always a bit uneasy for a mother to bring a man, other than the child's father, into a relationship with her daughter.  After only knowing Jared for a very short time and seeing him interact with my niece, I was very reassured that she would be taken great care of by this man.  From the first day, he accepted her as one of his own.  She is now fifteen years old.  The relationship the two of them have is truly a father-daughter bond.

Not only has Jared taken my niece into his life as his own, but in his previous marriage, he accepted two other daughters that were not his biological children.  His previous wife had a young daughter, Lindsie, when they met, and she knows no one other than Jared to be her father.  Together, they also adopted a little girl, Taylor, who is now grown and doing well for herself.  Not long after, Jared and his wife divorced.  From that moment on, Taylor and Lindsie lived with Jared and he is the man who raised them.  They had very little contact with their mother and grew up under Jared's care.  I feel it takes an exceptional man to raise two young girls on his own.

Jared has two other young children now who count on him.  Jaylyn is a very intelligent seven year old who is her daddy's princess.  Jaycyn is the roughest, toughest four year old you would ever meet, the spitting image of his father.  They would be lost without him and are too young to understand what is going on.  Children need both parents in their lives to develop emotionally, physically and spiritually. It damages a child's spirit and character when they have to see one of their parents in jail.

I write this letter asking for leniency in considering Jared Adrian's sentence.  I fully understand that his actions are punishable by law and there are consequences for those actions.  The only thing I ask for in determining his sentence is that you take his young family into consideration.  They need their father to raise them along with their mother.  My sister needs her husband to be there for her in tough times.  Jared is a family man and although he may be a big guy physically, he has an extremely soft heart and would be torn apart if he had to be away from his wife and children for an extended time.

Please take this as an emotional plea on Jared's behalf. Thank you.


Sincerely,

Sara Deelstra

May 19, 2014

The Honorable Judge Karen Schreier:

I am contacting you in regards to Jared Adrian, a defendant in one of your upcoming court cases. Mr. Adrian is being charged with failing to file his income taxes. At the time of the indictment, it is my understanding that Jared actually had filed his taxes and in doing so I feel that he made every effort to resolve his wrong doing with the US Government and is sorry for his actions. Being Jared's cousin, I am reaching out to you to express my feelings about his character and to request leniency on Jared's behalf. Jared truly is an amazing family man with five (5) children, three (3) of which are little and still at home. He has been a hard working man all of his life and has made it a priority to provide for his family. It is my request that you consider disciplinary measures that will allow him to continue to work to financially provide for his family and be home to raise his children, influencing a positive family upbringing. In turn, this would also provide continued tax revenue benefiting everyone.

With all due respect, it is my hope that you will consider this information in regards to the charges that Jared is facing. Whatever the outcome, may it be known that Jared is a respectable citizen of this country and sending him to prison will do more harm than good. Thank you for considering my thoughts on this matter.

Sincerely,

*Rhonda Glanzer*
Rhonda Glanzer

May 28, 2014

The Honorable Judge Karen Schreier
U. S. District Court
400 S. Phillips Avenue
Sioux Falls, SD 57104

Dear Judge Schreier,

We are writing you today regarding a friend and neighbor, Jared Adrian. We understand that he is appearing before you on June 9, 2014 for sentencing and we are asking for leniency on his behalf.

We have known Jared for the past 15+ years and can say that he is a great friend. Our experience with him in this capacity is that he would do anything for anyone when help is needed.

For the past two years, we have also been neighbors with him and his family. Living this closely to someone, we have never noticed any misbehavior on his part. He is always making time for his family, is active and is a family driven person.

In closing, Jared is an outstanding person and family man. Please keep this in mind when deciding his fate. Also, for the sake of his wife and kids, please grand him the leniency he deserves.

I have faith that the right course of action will be considered. Thank you for considering this request for leniency.

Sincerely,

Michael and Alayna Johnson

TO: The Honorable Karen Schreier          DATE: 03/23/2014

SUBJECT: Jared Adrian

FROM: *Dan Werner* (signature)

Dolton, SD 57319

I am recently retired. My humble present position masks a full decorated career in Corrections and Federal Law Enforcement spanning almost thirty years. Throughout my career I have witnessed, studied, and supervised many people. I have known Jared Adrian since he was a child. I have watched him grow, utilize common sense, good judgement, and a sincere desire to learn.

Jared had a privileged childhood. His mother had an incredible eye for detail and his father had an ability to provide a lifestyle some can only dream of. Jared was surrounded by overachievers. At his grandpa Art Adrian's funeral the pastor made several comments about Art Adrian's uncanny ability to work hard. At Jared's father's funeral many people raved about Jerry Adrian's ability to get so many things accomplished in a single day. Being brought up in that environment it was no surprise to see Jared excel.

Jared's father, Jerry Adrian, got involved with a group called Restore America. I had several conversations with Jerry about his involvement. I advised Jerry that the path he was on could only lead to destruction. Jerry's decision making process was corrupted. I am thoroughly convinced Jerry Adrian was brainwashed.

Many people that are adopted carry with them throughout their life a sense of rejection. So many adopted children become overachievers as they struggle to compensate for that feeling of rejection. Jared was adopted and his adopted father was his childhood hero. Even though Jared never said it, you could see that he wanted his father to accept him. He wanted to make his dad proud.

Jared's limited involvement with Restore America had a price tag that Jared now understands. Jared is not asking for sympathy. Jared is not hiding behind some excuse. Jared is truly sorry. Jared regrets ever making a decision that would force him to stand in front of you. Jared acknowledges the wrong and has made arrangements to pay the fines and penalties. Jared is asking for two things. First, that you look at some of the circumstances for the decisions he made. Second, that you would grant leniency when it comes to sentencing. Thank you.

Dear Honorable Judge Schreier,
>
> I am writing to you on behalf of my husband Jared Adrian. I have been with Jared for over ten years and married for almost three of those years. Jared and I have five kids combined of which the youngest two we have together. Jared is a wonderful, kind, loving good Christian family man that is hard-working and makes sure that his family is provided for.
>
> Being the kind of man he is, he also looked up to his father the way any man would that loved and honored their father. What my father-in-law was involved in is something that was preached and prayed about by Jerry, my father-in-law to his family. I believe Jerry was brainwashed and conned by these sovereign people to gain access to him and his money to experiment with the government. My husband believed in his father and this is something that his father believed in. In no way, shape or form would my husband and father-in-law try to purposefully break the law.
>
> My children need their father. I need my husband. Our home has and does rely on Jared. If Jared is sent away he loses his job, we lose our house, and there is no income for him to start paying back his debt to the government. My husband is a good man! So I am sitting here writing to you asking for leniency on his behalf that you grant him probation rather than jail sentencing. May God Bless you in making your decision for the future of my husband and our family.
>
> Sincerely,
>
> Mande Adrian

Hi, my name is McKenzye. I'm 15 years old. I'm in 4h and show sheep, cows, rabbits and chickens. I really do enjoy it because it has been my life for the past 4 years. But I wouldn't of been able to do without my dad Jared. He is such an amazing dad and man in general and would do anything for anybody no matter who it is. He loves his family and friends and takes very good care of them. I have a split family and my real dad lives in Texas. I don't see him much, so Jared is there for me and is the father figure I need when I don't see my real dad. Me and my family would be so heart broken and lost without jared. He puts our family together. He's never hurt or done anything to anyone ever in his life. I've know him for almost half my life and he's been such a great dad to me. I need him so much and couldn't live and do half the things in my life without him. Please don't take him away from me.

Thank you for reading this.

To whom it may concern,

   Jared has been a contractor with my company for several months now. He brought with him a great deal of enthusiasm, A drive to succeed and a willingness to learn a whole new line of work from what he was used to. He regularly goes above and beyond what is required in his position and I place a great deal of trust in him on a daily basis. He is currently up for consideration with us for a management position and I fully expect him to receive the promotion when I relocate to Wichita in the near future.

   He is an asset to my company, His family and everyone who comes in contact with him.

      Sincerely

        Michael L Nelson

        Owner, Nelson Satellite installations

        Cell 405-761-8739

        m.nelson@s3tec.org

Darylynn Plucker<br>
████████<br>
Parker, SD 57053<br>
605-940-4972

May 31, 2014

TO WHOM IT MAY CONCERN:

RE:     Jared Adrian

My name is Darylynn Plucker and I am Jared Adrian's mother-in-law.  I have known Jared for approximately 11 years.  My husband, Monte, and I have grown to love him very much.

Jared is one of the most kind, wonderful and caring people I know.  He would give the shirt off his back to help anyone in need.  He is a loving father, step-father and grandfather.  His wife and children mean the world to him.  He bends over backwards for his family expecting nothing in return.

Jared has two small children, Jaylyn and Jaycyn, who think the world of their dad.  He also has a step-daughter, McKenzye, who is 15 years old and has had nightmares about the possibility of Jared going to jail.  She is old enough to know and understand what that possibility could mean for her and her family and she is very frightened.  Jared also has two older daughters, Lindsie and Taylor, and one granddaughter, Ashbee, who all think the world of their dad and grandfather.

I am grateful for having Jared in my life, my daughter's life and my grandchildren's lives.  I would ask that you give Jared a chance to prove what a wonderful and hard working person he is and allow him the opportunity to right his mistake.

Thank you for your consideration.

Sincerely,

*Darylynn Plucker*

Darylynn Plucker

Monte Plucker

Parker, SD 57053

May 31, 2014

TO WHOM IT MAY CONCERN:

RE:     Jared Adrian

My name is Monte Plucker and Jared Adrian is my son-in-law.  I have known Jared for approximately 11 years.  Throughout that time, I have witnessed Jared to be a very giving, kind and wonderful person.  He is always the first one to lend a helping hand when needed.

My in-laws live along the Bad River in Ft. Pierre, South Dakota.  A few years ago when the flood hit the Pierre/Ft. Pierre area, Jared was quick to offer help and brought his skid loader back to Ft. Pierre to get the yard cleaned up and assist with removing and replacing the walls of my in-laws home.  He traveled back to Ft. Pierre several times to help with the cleanup and repair of their home.  Jared is willing to help out at any time no matter what the situation might be.

I consider myself a very lucky man to have such a caring and loving person as a son-in-law. I am grateful for having Jared in my life, my daughter's life and my grandchildren's lives.  He is one of the most upstanding guys I know.

Thank you for your consideration.

Sincerely,

*Monte Plucker*

Monte Plucker